No. 65483.—The Ruby Importing Co. et al. *v.* United States, protests 59/17493, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton pistol belts similar in all material respects to those the subject of Abstract 64074, the claim of the plaintiffs was sustained.